# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER VARGAS, JR., | Case No. 1:20-cv-001634-AWI-EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PLAINTIFF'S COMPLAINT, AND DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| G. GONZALES, et al., | |
| Defendants. | (Doc. No. 16) |

Plaintiff Francisco Javier Vargas, Jr., is a state inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On February 18, 2021, the magistrate judge entered findings and recommendations, recommending that Plaintiff's complaint be dismissed without leave to amend as frivolous and that Plaintiff's motion for temporary restraining order be denied. Doc. No. 16. Plaintiff was provided an opportunity to file objections to the findings and recommendations within twenty-one days. Id. Plaintiff timely filed objections on March 1, 2021. Doc. No. 17.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 16) entered February 18, 2021, are ADOPTED in full;

2. Plaintiff's complaint (Doc. No. 1) is DISMISSED with prejudice;

3. Plaintiff's motion for a temporary restraining order (Doc. No. 7) is DENIED; and

4. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: April 1, 2021

SENIOR DISTRICT JUDGE